**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-63088-KUNTZ**

**MAURICIO SANCHEZ HERNANDEZ,**

Petitioner,
v.

**JUAN GONZALEZ,** *et al.*,

Respondents.
_______________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court on receipt of the Third Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. 2241 [ECF 1], filed by Mauricio Sanchez Hernandez on November 2, 2026. While the "Verified Petition" engages with several exhibits across 285 pages, it is notably silent on Exhibit 12, which is Judge Damian's recent Order Dismissing Petition As Duplicative. *Id.* at 153. Yet, after a careful review of the record, it appears that this Petition is also duplicative, and this Court lacks authority, where "two courts of equal authority should not hear the same case simultaneously." *Broward Bulldog, Inc. v. United States DOJ*, 939 F.3d 1164, 1196 (11th Cir. 2019) (citations omitted). Rather, if challenging the order from September 28, 2026, an appeal to the Eleventh Circuit would remain timely. *See* Fed. R. App. P. 4(a)(1)(B)(iii).

To that end, Section 2243 authorizes courts to deny legally insufficient petitions for habeas corpus without ordering responsive briefing. *See* 28 U.S.C. §

2243 ("A court… entertaining an application for a writ of habeas corpus shall forthwith award the writ or… direct[] the respondent to show cause why the writ should not be granted, **unless** it appears from the application that the applicant… is not entitled thereto.") (emphasis added). The petitioner is not entitled to jettison the process of appellate review, and in turn, the Petition undercuts "the orderly process of the law." *Celotex Corp. v. Edwards*, 514 U.S. 300, 313 (1995). Accordingly, being fully advised on the premises, it is

**ORDERED AND ADJUDGED** that the Petition [ECF 1] is **DENIED**. Further, the Clerk shall **CLOSE** this case, and any pending motions are **DENIED** as moot.

**DONE** in Chambers in Fort Lauderdale, Florida on November 4, 2026.

JEFFREY T. KUNTZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record